LAWRENCE W. FREIMAN (SBN 288917)
E-Mail: lawrence@freimanlegal.com
**FREIMAN LEGAL**
100 Wilshire Boulevard, Suite 700
Santa Monica, California 90401
Telephone: (310) 917-1004
Facsimile: (310) 300-2603

Attorneys for Plaintiff
RYAN HEMSTALK

JASON A. GELLER (SBN 168149)
E-Mail: jgeller@fisherphillips.com
JUAN C. ARANEDA (SBN 213041)
E-Mail : jaraneda@fisherphillips.com
VINCENT J. ADAMS (SBN 249696)
E-Mail: vadams@fisherphillips.com
**FISHER & PHILLIPS LLP**
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendants
WALMART INC. and WAL-MART ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HEMSTALK,<br><br>     Plaintiff,<br><br>  vs.<br><br>WALMART INC.; WAL-MART ASSOCIATES, INC.; and DOES 1 through 20, inclusive,<br><br>     Defendants. | CASE NO.: 2:24-cv-00962-DJC-DMC<br><br>*[Removed from Butte County Superior Court, Case No. 24CV00486]*<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

CASE NO.: 2:24-CV-00962-DJC-DMC
STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff RYAN HEMSTALK ("Plaintiff") and Defendants WALMART INC. and WAL-MART ASSOCIATES, INC. ("Defendants") (collectively "the Parties"), by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a), that the Court order that all of Plaintiff's claims asserted against all of the named Defendants in this action be dismissed with prejudice, with each party to bear their own costs and expenses.

**IT IS SO STIPULATED.**

Dated:  January 13, 2025

Respectfully submitted,

FREIMAN LEGAL

By:   */s/ Lawrence W. Freiman*
(*As authorized on January 13, 2025*)
LAWRENCE W. FREIMAN
Attorneys for Plaintiff
**RYAN HEMSTALK**

Dated:  January 13, 2025

FISHER & PHILLIPS LLP

By:   */s/ Vincent J. Adams*
JASON A. GELLER
JUAN C. ARANEDA
VINCENT J. ADAMS
Attorneys for Defendants
**WALMART INC. and WAL-MART ASSOCIATES, INC.**

## ORDER

Pursuant to stipulation of the parties, and for good cause shown, all pending claims asserted against all named Defendants in this action are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  January 15, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE